UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BURLESQUE HALL OF FAME, INC.,

    Plaintiff,

v.

FREDERIC APCAR PRODUCTIONS, LLC, LUKE LITTELL, and FREDERIC APCAR, JR.,

    Defendants.

2:11-CV-00629-PMP-LRL

ORDER

On April 25, 2011, Plaintiff Burlesque Hall of Fame, Inc. filed an Emergency Ex Parte Application for Temporary Restraining Order (Doc. #6).

IT IS ORDERED that the Court will hold a hearing on Plaintiffs' Emergency Ex Parte Application for Temporary Restraining Order (Doc. #6) on Wednesday, May 4, 2011 at 3:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Plaintiff shall immediately notify Defendants of the hearing, and shall forthwith serve Defendants with any documents that are presently on file in this action, together with a copy of this Order.

IT IS FURTHER ORDERED that Defendants shall file a response no later than Tuesday, May 3, 2011.

DATED: April 26, 2011

_____
PHILIP M. PRO
United States District Judge