UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| BURLESQUE HALL OF FAME, INC., ) | 2:11-CV-00629-PMP-CWH |
| Plaintiff, ) | |
| v. ) | ORDER |
| FREDERIC APCAR PRODUCTIONS, )<br>LLC, *et al.,* ) | |
| Defendants. ) | |

On May 4, 2011, the Court conducted a hearing at which the Parties advised that a settlement had been reached (Doc. #17). Minimal activity has taken place in the case since that date, and it appears to the Court that the Parties are no longer litigating this action.

**IT IS THEREFORE ORDERED** that the Parties to this action shall have to and including **January 10, 2012** within which to advise the Court in writing of the status of this action, or alternatively to file a proposed stipulation for dismissal in light of the settlement.

DATED: December 22, 2011.

PHILIP M. PRO
United States District Judge