UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BURLESQUE HALL OF FAME, INC.,  )
)                               2:11-CV-00629-PMP-CWH
         Plaintiff,            )
)
                              )                               ORDER
v.                            )
)
FREDERIC APCAR PRODUCTIONS,   )
LLC, *et al.,*                )
)
         Defendants.          )
_____ )

On May 4, 2011, the Court conducted a hearing at which the Parties advised that a settlement had been reached (Doc. #17).  Minimal activity has taken place in the case since that date, and it appears to the Court that the Parties are no longer litigating this action.

**IT IS THEREFORE ORDERED** that the Parties to this action shall have to and including **January 10, 2012** within which to advise the Court in writing of the status of this action, or alternatively to file a proposed stipulation for dismissal in light of the settlement.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge