Mark G Tratos (Bar No. 1086)
TratosM@gtlaw.com
Laraine M. I. Burrell (Bar No. 8771)
BurrellL@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*: THE BURLESQUE HALL OF FAME, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BURLESQUE HALL OF FAME, INC., a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREDERIC APCAR PRODUCTIONS, LLC; a Nevada limited liability company; LUKE LITTELL an individual; FREDERIC APCAR JR., an individual.<br><br>Defendants. | CASE NO.: **2:11-CV-0629 PMP-CWH**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>**AND TO VACATE ALL PENDING MOTIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, The Burlesque Hall of Fame, Inc. ("BHOF"), and Defendants, Frederic Apcar Productions, LLC and Frederic Apcar, Jr. (collectively "Apcar") and Luke Littell ("Littell), by and through their undersigned counsel of record that as the Parties have reached a settlement regarding this matter, that this matter be dismissed in its entirety with prejudice, with each party to bear its own costs.

Further, all pending motions are hereby vacated.

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: January __3rd___, 2013. | DATED: January __3rd___, 2013. |
| GREENBERG TRAURIG, LLP | BROWN BROWN & PREMSRIRUT |
| */s/ Laraine M.I. Burrell* | */s/ Puoy K. Premsrirut* |
| Mark G. Tratos | Puoy K. Premsrirut |
| Laraine M. I. Burrell | 520 S. Fourth Street, Second Floor |
| 3773 Howard Hughes Parkway, Suite 400 North | Las Vegas, Nevada 89101 |
| Las Vegas, NV 89169 | |
| | Attorney for Frederic Apcar |
| Attorneys for The Burlesque Hall of Fame, Inc. | Productions, LLC & Frederic Apcar, Jr. |

DATED: January __3rd___, 2013.

*/s/ Shawn R. Perez*
Shawn R. Perez
633 S. Fourth Street, Suite 7
Las Vegas, Nevada 89129

Attorney for Luke Littell

### ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  That the Complaint is dismissed in its entirety with prejudice, with each party to bear its own costs.

2.  All pending motions are vacated.

IT IS SO ORDERED on this _ 3rd day of January, 2013.

By: _____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:   **GREENBERG TRAURIG**

*/s/ Laraine M.I. Burrell*
Mark G. Tratos (Bar No. 1086)
Laraine M. I. Burrell (Bar No. 8771)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Counsel for Plaintiff: THE BURLESQUE HALL
OF FAME, INC.

LV 419912939v1

2